## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| VELDA LAJUAN HUNTER, | * |
| | * |
| Plaintiff, | * |
| vs. | * |
| | *   No. 4:10-cv-00157-JLH-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| | * |
| Defendant. | * |

### ORDER

Based on Plaintiff's lack of response to the Order of August 27, 2010 (Doc. No. 4), the Court finds this case should be dismissed for failure to comply with court orders. FED. R. CIV. P. 41(b), Loc. R. 5.5(c)(2).

IT IS THEREFORE ORDERED that Plaintiff's Complaint (Doc. No. 2) is dismissed without prejudice.

SO ORDERED this 30th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE