# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| VELDA LAJUAN HUNTER, | * |
| Plaintiff, | * |
| vs. | * |
| | *   No. 4:10-cv-00157-JLH-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 30th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE